UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :    Case No. 18 CR 48
                                                      :    Judge John Z. Lee
       v.                                             :
                                                      :    Oral Argument Requested
EDWARD BASES and JOHN PACILIO,                        :
                                                      :
       Defendants.                                    :
                                                      :
------------------------------------------------------x
```

## DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF <u>KUMAR VENKATARAMAN</u>

Pursuant to the Federal Rules of Evidence, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny, Defendants Edward Bases and John Pacilio, by and through their undersigned counsel, respectfully move this Court to exclude expert testimony by Professor Kumar Venkataraman. This motion is based upon the attached memorandum of law.

Dated: April 2, 2021                                          Respectfully submitted,

KOBRE & KIM LLP                                               FINN DIXON & HERLING LLP

By: /s/ David H. McGill                                       By: /s/ Alfred U. Pavlis
    David H. McGill                                               Alfred U. Pavlis
    111 West Jackson Blvd, 17th Floor                             Andrew M. Calamari
    Chicago, IL 60604                                             David R. Allen
    (312) 429-5100                                                Six Landmark Square
    david.mcgill@kobrekim.com                                     Stamford, CT 06901-2704
                                                                  (203) 325-5000
    Sean S. Buckley                                               apavlis@fdh.com
    Jonathan D. Cogan
    George Stamatopoulos (*pro hac* pending)                  SALVATORE PRESCOTT
                                                              PORTER & PORTER, PLLC
*Counsel for Defendant John Pacilio*
                                                              By: /s/ Julie B. Porter
                                                                  Julie B. Porter (6243787)
                                                                  1010 Davis Street
                                                                  Evanston, IL 60201
                                                                  (312) 283-5711
                                                                  porter@sppplaw.com

                                                              *Counsel for Defendant Edward Bases*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice of the filing to counsel for the government.

                   /s/ David H. McGill
                   David H. McGill